**Cecilia Martinez-Larumbe**

| | |
|---|---|
| **From:** | CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov> |
| **Sent:** | Thursday, April 10, 2025 7:57 AM |
| **To:** | Crystal Malik |
| **Subject:** | [EXTERNAL] RE: Status Check: CBP-FO-2025-033500 |

Hello Crystal,

Thank you for your email to the U.S. Customs and Border Protection (CBP) Freedom of Information Act (FOIA) office. Thank you for reaching out to ask about the status of your request, CBP-FO-2025-033500, for records related to your travel history. I understand that it is very important to you to get a copy of these records, and I apologize for the delay.

We have tasked your request out for a record search. Your request status is **Searching for Records**. While we make every effort to respond to requests as quickly as possible, our office does have a backlog of requests, and we generally respond to requests in the order received. At this time, we expect it may take us an additional six months to send you your requested records.

While I am sure that this is not the response you hoped for, I hope that having a realistic expectation of when you will receive a response is helpful to you. If you still have not received a response from us after two months, or if you have any other questions about your request, please feel free to follow up with us.
Thanks,

FOIA Division
U.S. Customs and Border Protection

---

**From:** Crystal Malik <cmalik@lawmh.com>
**Sent:** Tuesday, February 18, 2025 5:03 PM
**To:** CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>
**Subject:** RE: Status Check: CBP-FO-2025-033500

> You don't often get email from cmalik@lawmh.com. Learn why this is important

Good Afternoon,

This response is unacceptable under FOIA—as it has been more than twenty days, and this information is easily accessible to you and every CBP employee (and USCIS employees) but is not accessible to my client or her legal representation. The information necessary for this response would take less than 60 seconds for you (or any CBP or USCIS employee) to pull and provide from your database.

I am begging you to just provide the information so our office doesn't have to file another FOIA lawsuit, it's time consuming and there's just no need when this information is so easily accessible to you.

Thank you,
Crystal

1

Exhibit 2

**From:** CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>
**Sent:** Tuesday, February 18, 2025 4:50 PM
**To:** Crystal Malik <cmalik@lawmh.com>
**Subject:** [EXTERNAL] RE: Status Check: CBP-FO-2025-033500

Hello,

Thank you for your email to the U.S. Customs and Border Protection (CBP) Freedom of Information Act (FOIA) Public Liaison mailbox.

Your FOIA request has been received by CBP and will be processed in the order it was received. Your request status is **Initial Determination.** Once a response is made available, you will be notified electronically by cbpfoia@cbp.dhs.gov.

To track your FOIA request any day/any time, please log into your SecureRelease account via the Secure Release Portal (SecureRelease).

**The CBP FOIA office has a significant backlog of FOIA requests.** The expected response time for a FOIA request for travel documents is 6-9 months. If you do not receive a response to your FOIA request within 20 business days, please do not resubmit the same FOIA request as it creates further delays.

We are working very hard to clear the FOIA backlog and we thank you in advance for your cooperation.

FOIA Division
U.S. Customs and Border Protection

**From:** Crystal Malik <cmalik@lawmh.com>
**Sent:** Friday, January 31, 2025 4:13 PM
**To:** CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>
**Subject:** Status Check: CBP-FO-2025-033500
**Importance:** High

You don't often get email from cmalik@lawmh.com. Learn why this is important

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option. If on a mobile device, please "Forward as Attachment" to CBPSOC@cbp.dhs.gov

Good Afternoon,

I am the attorney of record for this FOIA request submitted 12/06/2024, for an entry record from 2002. The request was routed as "simple," but it has been more than the 20 days required under the statute.

I write to request a status update—this is an immediate need request, because the requestor holds DACA and is filing a marriage-based adjustment of status. We need this record for the adjustment filing.

All necessary information to locate the records was provided in the initial FOIA request.

Thank you for your time,

Crystal



**Crystal M. Malik**
Attorney
Immigration Practice Group
McCandlish Holton, PC
1111 E. Main St., Ste. 2100 | Richmond, Virginia 23219 (courier/physical ONLY)
P.O. Box 796 | Richmond, Virginia 23218 (U.S. Postal Service mailings only)
(804) 775-3811 | Fax (804) 249-9595
www.lawmh.com | cmalik@lawmh.com

If using U.S. Postal Service, please send ONLY to our P.O. Box (not our street address). Thank you.



Disclaimer:
The information contained in this communication from cmalik@lawmh.com is confidential and may be legally privileged. It is intended solely for use by the intended recipient and others authorized to receive it. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking action in reliance on the contents of this information is strictly prohibited and may be unlawful. mhdisc2009