UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAYLEY GUADALUPE SORIA CASTANEDA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | Civil Action No. 25-1537 (TNM) |

## JOINT STATUS REPORT

Plaintiff Hayley Guadalupe Soria Castaneda and Defendant United States Customs and Border Protection ("CBP" or the "Agency"), through undersigned counsel, hereby file this joint status report in accordance with the Court's July 17, 2025, Minute Order.

This is a Freedom of Information Act ("FOIA") case. On August 14, 2025, Defendant issued a production consisting of two pages with minor redactions, which Plaintiff is satisfied with. The only remaining issue is attorneys' fees.

The parties propose that they file another joint status report by Friday, October 17, 2025.

\*     \*     \*

| | |
|---|---|
| Date: August 18, 2025 | Respectfully submitted, |
| | |
| */s/ David E. Gluckman* | JEANINE FERRIS PIRRO |
| David E. Gluckman | United States Attorney |
| District Court Bar #VA041 | |
| MCCANDLISH HOLTON, PC | By:     */s/ Sam Escher* |
| 1111 East Main St., Ste. 2100 | SAM ESCHER, D.C. Bar #1655538 |
| Richmond, VA 23219 | Assistant United States Attorney |
| Telephone: (804) 775-3826 | 601 D Street, NW |
| Fax: (804) 775-7226 | Washington, DC 20530 |
| dgluckman@lawmh.com | (202) 252-2531 |
| | Sam.Escher@usdoj.gov |
| *Counsel for Plaintiff* | |
| | *Attorneys for United States of America* |