UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAYLEY GUADALUPE SORIA CASTANEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION,<br><br>    Defendant. | Civil Action No. 25-1537 (TNM) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff Hayley Guadalupe Soria Castaneda, through undersigned counsel, hereby files this status report pursuant to the Court's August 18, 2025, Minute Order. Plaintiff apologizes for the late filing but was unable to file the joint report as requested due to the unavailability of Defendant's counsel during the ongoing government shutdown.

This is a Freedom of Information Act ("FOIA") case. On August 14, 2025, Defendant issued a production consisting of two pages with minor redactions, which Plaintiff is satisfied with. The only remaining issue is attorneys' fees which the parties aim to resolve once the government shutdown ends.

Plaintiff proposes that the parties file a joint status report by Friday, December 19, 2025. If the fee issue is resolved before then, the parties will promptly file a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

*   *   *

7193771v1

Date:   October 20, 2025

Respectfully submitted,

*/s/ David E. Gluckman*
David E. Gluckman
District Court Bar #VA041
MCCANDLISH HOLTON, PC
1111 East Main St., Ste. 2100
Richmond, VA 23219
Telephone: (804) 775-3826
Fax: (804) 775-7226
dgluckman@lawmh.com

*Counsel for Plaintiff*

2

7193771v1