UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HAYLEY GUADALUPE SORIA
CASTANEDA,

      Plaintiff,

     v.

UNITED STATES CUSTOMS AND BORDER
PROTECTION,

      Defendant.

Civil Action No. 25-1537 (TNM)

## JOINT STATUS REPORT

Plaintiff Hayley Guadalupe Soria Castaneda and Defendant United States Customs and Border Protection ("CBP" or the "Agency"), through undersigned counsel, hereby file this joint status report in accordance with the Court's October 22, 2025, Minute Order, as modified by Standing Order No. 25-59.

The parties continue to discuss Plaintiff's request for attorneys' fees. The parties propose that they file another joint status report by Thursday, February 19, 2026.

Date:   December 19, 2025

/s/ David E. Gluckman
David E. Gluckman
District Court Bar #VA041
MCCANDLISH HOLTON, PC
1111 East Main St., Ste. 2100
Richmond, VA 23219
Telephone: (804) 775-3826
Fax: (804) 775-7226
dgluckman@lawmh.com

*Counsel for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:      /s/ Sam Escher
     SAM ESCHER, D.C. Bar #1655538
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-2531
     Sam.Escher@usdoj.gov

*Attorneys for United States of America*